IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GEORGIA GAMBLING RECOVERY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KALSHI INC.; KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; KALSHI TRADING LLC; SUSQUEHANNA INTERNATIONAL GROUP, LLP; SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP; ROBINHOOD MARKETS, INC; ROBINHOOD DERIVATIVES, LLC; and WEBULL CORPORATION,<br><br>Defendants. | Case No. 4:25-cv-00310-CDL |

**CONSENT MOTION TO EXTEND THE STAY OF DISCOVERY
AND RULES 16/26 ORDER REQUIREMENTS**

Defendants Robinhood Derivatives, LLC, Robinhood Markets, Inc., Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLLP, and Webull Corporation (collectively, "Defendants") hereby respectfully move to extend the Court's stay of discovery entered on October 20, 2025. Doc. No. 31. Plaintiff consents to this request. In support of this motion, Defendants state the following:

1. On October 17, 2025, Defendants filed a Consent Motion for Stay of Discovery and Rules 16/26 Order Requirements. Doc. No. 30. There, Defendants requested that, if Plaintiff were to file a timely remand motion, the Court stay discovery and the requirements of the Rules 16/26 Order "pending the Court's resolution of Plaintiff's motion to remand and Defendants' anticipated motion to dismiss." Doc. No. 30 ¶ 7. Plaintiff consented to the request. *Id.* ¶ 8.

2.     On October 20, 2025, this Court granted Defendants' Consent Motion for Stay of Discovery and Rules 16/26 Order Requirements, stating that the "stay shall be lifted as set forth in the parties' consent motion." Doc. No. 31.

3.     On February 3, 2026, this Court denied Plaintiff's motion to remand. Doc. No. 46.

4.     Defendants intend to file motions to dismiss. Under this Court's October 7, 2025 order, the deadline for Defendants to file motions to dismiss is February 17, 2026—"fourteen days after the Court enters an order on the motion to remand." Doc. No. 17.

5.     Defendants request that, consistent with the Court's order granting their prior consent motion, Doc. No. 30, the Court's stay of discovery and the Rules 16/26 Order Requirements be continued until resolution of Defendants' forthcoming motions to dismiss, except that Plaintiff may seek jurisdictional discovery, if necessary and appropriate.

6.     Defendants have conferred with counsel for Plaintiff, who represent that Plaintiff consents to the relief requested.

February 10, 2026

/s/ James W. Cobb
James W. Cobb
Ga. Bar No.: 420133
Erin M. Victoria
Ga. Bar No.: 285342
Caplan Cobb LLC
75 Fourteenth Street, N.E., Suite 2700
Atlanta, Georgia 30309
Phone: (404) 596-5610
jcobb@caplancobb.com
evictoria@caplancobb.com

Sean Murphy*
Katherine Fell*
Matthew Laroche*
Milbank LLP
55 Hudson Yards
New York, New York 10001-2163

Respectfully submitted.

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

/s/ Thomas F. Gristina
Thomas F. Gristina
Ga. Bar. No.: 452454
tgristina@pagescrantom.com
Alan G. Snipes
Ga. Bar No.: 665781
asnipes@pagescrantom.com
1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31902
(706) 324-0251

Eugene Scalia*
Jonathan C. Bond*
Nick Harper*

Phone: (212) 530-5000
smurphy@milbank.com
kfell@milbank.com
mlaroche@milbank.com

Joshua Sterling*
Milbank LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Phone: (202) 835-7500
jsterling@milbank.com

*Admitted pro hac vice

*Counsel for Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLLP, and Webull Corporation*

GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 530-9603
EScalia@gibsondunn.com
JBond@gibsondunn.com
NHarper@gibsondunn.com

*Admitted pro hac vice

*Counsel for Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc.*

3