IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GEORGIA GAMBLING RECOVERY LLC, <br><br> Plaintiff, <br><br> v. <br><br> KALSHI INC.; KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; KALSHI TRADING LLC; SUSQUEHANNA INTERNATIONAL GROUP, LLP; GOVERNMENT PRODUCTS, LLLP; ROBINHOOD MARKETS, INC.; ROBINHOOD DERIVATIVES, LLC; and WEBULL CORPORATION, <br><br> Defendants. | Case No. 4:25-cv-00310-CDL |

## NOTICE OF VOLUNTARY DISMISSAL AS TO ROBINHOOD DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Georgia Gambling Recovery LLC hereby notices its voluntary dismissal of all claims asserted against Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC (together, the "Robinhood Defendants") in this action without prejudice.

Under Rule 41(a), "a plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *Id.* And because Plaintiff has not "previously dismissed any federal- or state-court action based on or including the same claim," that "dismissal is without prejudice." *Id.* 41(a)(1)(B). Additionally, the Eleventh Circuit "has recognized that Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*" because "an 'action' can refer to all the

claims against one party." *Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023) (emphasis in original) (citations omitted).

This dismissal applies to the Robinhood Defendants only and does not affect Plaintiff's claims against the remaining Defendants in this action.

Dated: May 15, 2026

Respectfully submitted,
*/s/ David C. Rayfield*
David C. Rayfield
Georgia Bar No. 596706
David R. Helmick
Georgia Bar No. 344210
WALDREP, MULLIN & CALLAHAN, LLC
111 Twelfth Street, Suite 300
P.O. Box 351
Columbus, GA 31902-0351
Tel: (706) 320-0600
Fax: (706) 320-0622
davidrayfield@waldrepmullin.com

Derek T. Ho (pro hac vice)
Kyle B. Grigel (pro hac vice)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
kgrigel@kellogghansen.com
Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted, this 15th day of May 2026.

*/s/ David Rayfield*
David Rayfield
